UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVNAIA

| | |
|---|---|
| In re: JOHN BRADLEY JR,<br><br>    Debtor. | : Adversary Proceeding<br>: 5:13-ap-00247<br>: |
| JOHN BRADLEY JR,<br><br>    Appellant,<br><br>    v.<br><br>BANK OF AMERICA N.A.;<br>BAC HOME LOANS SERVICING LP;<br>NATIONSTAR MORTGAGE LLC,<br><br>    Appellee(s). | :<br>: CIVIL ACTION NO. 3:14-cv-02500<br>: (JUDGE MARIANI)<br>: (APPEAL FROM BANKRUPTCY COURT)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

**AND NOW, THIS** ___ **DAY OF APRIL 2024**, upon consideration of Appellant John Bradley's appeal (Doc. 1) of Bankruptcy Judge John J. Thomas's Abstention Order (Doc. 1-3) and Sanctions Orders (Docs. 1-1 & 1-2), and all relevant documents, **IT IS HEREBY ORDERED THAT:**

1. Appellant John Bradley's Appeal is **DENIED**;

2. The Bankruptcy Court's decision to permissively abstain (Doc. 1-3; Case No. 5:13-ap-00247 at Doc. 91) is **AFFIRMED**;

3. The Bankruptcy Court's Orders (Docs. 1-1 & 1-2) denying Appellant's "Order to Show Cause for Sanctions" (Case No. 5:13-ap-00247 at Doc. 25) and "Motion for Contempt Sanctions" (Case No. 5:13-ap-00247 at Doc. 70) are **AFFIRMED**;

4. The Clerk of Court is directed to **CLOSE** Case Number 3:14-CV-02500.

Robert D. Mariani
United States District Judge